1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  QIAOCHUN WEN,                    )    No. C 06-5957 MHP
                                     )
13           Plaintiff,              )
                                     )
14      v.                           )    **STIPULATION TO DISMISS; AND**
                                     )    ~~**[PROPOSED]**~~ **ORDER**
15  ALBERTO GONZALES, Attorney       )
    General of the United States; et al.,  )
16                                   )
             Defendants.             )
17  _____)

18      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20  action without prejudice in light of the fact that the United States Citizenship and Immigration

21  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

22  within 14 days of the dismissal of this action.

23      Each of the parties shall bear their own costs and fees.

24  ///

25  ///

26

27

28

Stipulation to Dismiss
C06-5957 MHP

1  Date: December 1, 2006                    Respectfully submitted,

2                                            KEVIN V. RYAN
                                             United States Attorney
3

4
                                             _____/s/_____
5                                            ILA C. DEISS
                                             Assistant United States Attorney
6                                            Attorneys for Defendants

7

8
                                             _____/s/_____
9  Date: December 1, 2006                    MICHAEL E. PISTON
                                             Attorney for Plaintiff
10

11

12                                    **ORDER**

13
          Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:   12/5/06                    _____
                                             MARILYN HALL PATEL
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28